IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL 2327

---

THIS DOCUMENT RELATES TO:

ANGELA FIELDS,

                Plaintiff,

v.                                          Civil Action No. 2:12-cv-04473

JOHNSON & JOHNSON and
ETHICON, INC.,

                Defendants.

## MEMORANDUM OPINION AND ORDER

On August 28, 2018, a Suggestion of Death was filed by plaintiff's counsel suggesting the death of Angela Fields during the pendency of this civil action. [ECF No. 34].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Angela Fields was the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: January 21, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE